**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kristi Morris<br>aka Kristi L. Engle<br>Richard Scott Morris<br>aka Scott Morris<br><br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 20-10277 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE SOUNDVIEW HOME LOAN TRUST 2005-DO1, ASSET-BACKED CERTIFICATES, SERIES 2005-DO1 and index same on the master mailing list.

        Respectfully submitted,
        **/s/ Rebecca A. Solarz Esquire**
        Rebecca A Solarz, Esquire
        Kevin G. McDonald, Esquire
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322