**Fill in this information to identify the case:**

Debtor 1    Richard Scott Morris

Debtor 2    Kristi Morris
(Spouse, if filing)

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number    20-10277

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Deutsche Bank National Trust Company As Trustee For The Certificateholders Of The Soundview Home Loan Trust 2005-Do1, Asset-BACked Certificates, Series 2005-Do1

**Court claim no.** (if known): _____

**Date of payment change:**
Must be at least 21 days after date of this notice    03/01/2020

**Last 4 digits** of any number you use to identify the debtor's account:    3071

**New total payment:**    $ 1,865.54
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   _____

   Current escrow payment:    $ _____    New escrow payment:    $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   _____

   Current interest rate:    8.5 %        New interest rate:    8.25 %
   Current principal and interest payment: $ 1,406.02        New principal and interest payment: $ 1,385.18

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
       (*Court approval may be required before the payment change can take effect.*)
       Reason for change:
       _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

| Debtor 1 | Richard Scott Morris | | | Case number *(if known)* 20-10277 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Arne O'Brien
Signature

Date 01/27/2020

Print: Arne O'Brien

Title: Assistant Vice President

Company: Bank of America

Address: 4161 Piedmont Pkwy
Number        Street

Greensboro, NC  27410
City                                State        ZIP Code

Contact phone (336) 854-6308

Email arne.obrien@BofA.com

# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA ( PHILADELPHIA DIVISION)

Chapter: 13  No. 20-10277

Judge: ERIC L. FRANK

In re:

Richard Scott Morris

Kristi Morris

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on 01/27/2020, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre-paid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor:    Richard Scott Morris
           138 Main St
           Pennsburg, PA 18073-1312

Co-Debtor:  Kristi Morris
            138 Main St
            Pennsburg, PA 18073-1312

Debtor's    JOSEPH L QUINN
Attorney:   192 S Hanover St Ste 101
            Pottstown, PA 19464-6096

Trustee:   WILLIAM C. MILLER, ESQ.
           PO Box 1229
           Philadelphia, PA 19105-1229

/s/ Irene Zhao

LCI
(as Authorized Agent for Bank of America N.A.)
111 Anza Blvd Suite 310
Burlingame, CA 94010
650.342.9486 (x250)
izhao@lciinc.com



C3_8805 CFPB ARMC 21875 05/15/18

Special Loan Servicing, CA6-914-01-4
27123
TAMPA, FL 33623-7123

**Date:** January 2, 2020

**Loan No:**

**Property Address:**
138 MAIN STREET
PENNSBURG, PA 18073

KRISTI MORRIS
138 MAIN ST
PENNSBURG    PA 18073

## Changes to your mortgage interest rate and payments on February 1, 2020

Under the terms of your adjustable-rate mortgage (ARM), you had a 6 month period during which your interest rate stayed the same. That period ends on February 1, 2020, so on that date your interest rate and mortgage payment may change. After that, your interest rate may change semi-annually for the rest of your loan term.

|  | CURRENT Rate and Monthly Payment | NEW Rate and Monthly Payment |
|---|---|---|
| **Interest Rate** | 8.500% | 8.250% |
| **Total Monthly Payment** | $1,909.99 | $1,889.15 (due March 1, 2020) |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin," and then rounding the sum of the index and the margin to the nearest 0.1250%. Under your loan agreement, your index rate is 6-Month LIBOR and your margin is 6.340%. The 6-Month LIBOR index is published daily in Wall Street Journal.

Bank of America, N.A. is required by law to inform you that this communication is from a debt collector. If you are currently in a bankruptcy proceeding or have previously obtained a discharge of this debt under bankruptcy law, this notice is for informational purposes only and is not an attempt to collect a debt, a demand for payment or an attempt to impose personal liability for a discharged debt.

Please write your account number on all correspondence.

Bank of America and the Bank of America logo are registered trademarks of Bank of America Corporation. Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2018 Bank of America Corporation

**Rate Limit[s]:**  Your rate cannot go higher than 12.590% or lower than 6.590% over the life of the loan.  Your rate can change each adjustment by no more than 1.0000%.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. Your new payment is based on the 6-Month LIBOR index, your margin, and then rounding the sum of the index and the margin to the nearest 0.1250%, your loan balance of $142,781.34 and your remaining loan term of 180 months. Your Total Monthly Payment set forth above includes escrow (Taxes and Insurance).

**Prepayment Penalty:** None

## We're here to help

We appreciate the opportunity to serve your financial needs. If you have any questions, please call us at 800-669-6607, Monday through Friday, 7 a.m. to 7 p.m. local time. If you need additional information or assistance, you can contact us online anytime. Simply log on to your account at **www.bankofamerica.com** and select "Message Center." With your online account, you will also have access to many other convenient services, such as: updating your account information, viewing current and historical monthly statements, and much more.