#8227 - Kristi Morris    Voucher: (1488)    Pay Date: 11/29/2019    Pay Period: 11/10/2019-11/23/2019

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Reg | 12.00 | 46.00 | 552.00 | 5,746.20 |
| Gross Pay | | | 552.00 | 5,746.20 |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 552.00 | 5,746.20 | 19.82 | 231.88 |
| FICA | 552.00 | 5,746.20 | 34.22 | 356.26 |
| MEDI | 552.00 | 5,746.20 | 8.00 | 83.32 |
| SIT PA | 552.00 | 5,746.20 | 16.95 | 176.41 |
| SUI PA | 552.00 | 5,746.20 | 0.33 | 3.45 |
| Lansdale, B | 552.00 | 5,746.20 | 2.00 | 40.00 |
| Lansdale, B | 552.00 | 5,746.20 | 5.52 | 57.47 |
| Total | | | 86.84 | 948.79 |

| Net Pay | | | 465.16 | 4,797.41 |
|---|---|---|---|---|
| Checking (0749) | | | 465.16 | 4,797.41 |

### Tax Allowance Settings

Federal: Married/0 +10.00
Pennsylvania: Allowances: 0

Cardinal Camera and Video Center 810 West 2nd Street, Lansdale, PA 19446    1 of 1

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

Cardinal Camera and Video Center
810 West 2nd Street
Lansdale, PA 19446

Pay Date: 11/29/2019
Voucher #: (1488)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Kristi Morris | 1 | Checking | XXXXXX0749 | 036001808 | 465.16 |

8227  11/29/2019  (1488)
Kristi Morris
138 Main Street
Pennsburg, PA 18073

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Reg | 12.00 | 23.00 | 276.00 | 6,022.20 |
| Gross Pay | | | 276.00 | 6,022.20 |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 276.00 | 6,022.20 | 10.00 | 241.88 |
| FICA | 276.00 | 6,022.20 | 17.12 | 373.38 |
| MEDI | 276.00 | 6,022.20 | 4.00 | 87.32 |
| SIT;PA | 276.00 | 6,022.20 | 8.47 | 184.88 |
| SUI;PA | 276.00 | 6,022.20 | 0.17 | 3.62 |
| Lansdale, B | 276.00 | 6,022.20 | 2.00 | 42.00 |
| Lansdale, B | 276.00 | 6,022.20 | 2.76 | 60.23 |
| Total | | | 44.52 | 993.31 |

| Net Pay | | 231.48 | 5,028.89 |
|---|---|---|---|
| Checking (0749) | | 231.48 | 5,028.89 |

### Tax Allowance Settings

Federal: Married/0 +10.00
Pennsylvania: Allowances: 0

Cardinal Camera and Video Center 810 West 2nd Street, Lansdale, PA 19446

1 of 1

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

Cardinal Camera and Video Center
810 West 2nd Street
Lansdale, PA 19446

| Pay Date: | 12/13/2019 |
|---|---|
| Voucher #: | (1510) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Kristi Morris | 1 | Checking | XXXXXX0749 | 036001808 | 231.48 |

8227  12/13/2019  (1510)

Kristi Morris
138 Main Street
Pennsburg, PA 18073

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK, HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Reg | 12.00 | 27.43 | 329.16 | 6,351.36 |
| Bonus | | | 125.00 | 125.00 |
| Gross Pay | | | 454.16 | 6,476.36 |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 454.16 | 6,476.36 | 10.03 | 251.91 |
| FICA | 454.16 | 6,476.36 | 28.15 | 401.53 |
| MEDI | 454.16 | 6,476.36 | 6.59 | 93.91 |
| IT:PA | 454.16 | 6,476.36 | 13.94 | 198.82 |
| UI:PA | 454.16 | 6,476.36 | 0.27 | 3.89 |
| Lansdale, B | 454.16 | 6,476.36 | 2.00 | 44.00 |
| Lansdale, B | 454.16 | 6,476.36 | 4.54 | 64.77 |
| Total | | | 65.52 | 1,058.83 |

| Net Pay | | | 388.64 | 5,417.53 |
|---|---|---|---|---|
| Checking (0749) | | | 388.64 | 5,417.53 |

### Tax Allowance Settings

Federal: Married/0 +10.00
Pennsylvania: Allowances: 0

Cardinal Camera and Video Center 810 West 2nd Street, Lansdale, PA 19446

1 of 1

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

Cardinal Camera and Video Center
810 West 2nd Street
Lansdale, PA 19446

Pay Date: 12/27/2019
Voucher #: (1536)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Kristi Morris | 1 | Checking | XXXXXX0749 | 036001808 | 388.64 |

8227  12/27/2019  (1536)

Kristi Morris
138 Main Street
Pennsburg, PA 18073

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

#8227 - Kristi Morris   Voucher #: (1583)   Pay Date: 01/10/2020   Pay Period: 12/22/2019-01/04/2020

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Reg | 12.00 | 15.00 | 180.00 | 180.00 |
| Gross Pay | | | 180.00 | 180.00 |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 180.00 | 180.00 | 10.00 | 10.00 |
| FICA | 180.00 | 180.00 | 11.16 | 11.16 |
| MEDI | 180.00 | 180.00 | 2.61 | 2.61 |
| SIT:PA | 180.00 | 180.00 | 5.53 | 5.53 |
| SUI:PA | 180.00 | 180.00 | 0.11 | 0.11 |
| Lansdale, B | 180.00 | 180.00 | 2.00 | 2.00 |
| Lansdale, B | 180.00 | 180.00 | 1.80 | 1.80 |
| Total | | | 33.21 | 33.21 |

| Net Pay | | | 146.79 | 146.79 |
|---|---|---|---|---|
| Checking (0749) | | | 146.79 | 146.79 |

### Tax Allowance Settings

Federal: Married/0 +10.00
Pennsylvania: Allowances: 0

Cardinal Camera and Video Center 810 West 2nd Street, Lansdale, PA 19446

1 of 1

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼

Cardinal Camera and Video Center
810 West 2nd Street
Lansdale, PA 19446

Pay Date: 01/10/2020
Voucher #: (1583)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Kristi Morris | 1 | Checking | XXXXXX0749 | 036001808 | 146.79 |

8227  01/10/2020  (1583)

Kristi Morris
138 Main Street
Pennsburg, PA 18073

MP

DOCUMENT CONTAINS BLUE PANTOGRAPH & MICROPRINTING. BACK HAS THERMOCHROMIC INK & A WATERMARK. HOLD AT AN ANGLE TO VIEW. VOID IF NOT PRESENT.

**NON-NEGOTIABLE - THIS IS NOT A CHECK**