IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| RICHARD SCOTT MORRIS | : CASE NO. 20-10277-ELF |
| KRISTI MORRIS | : |
|           DEBTOR | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : March 24, 2020, @10:00 a.m. |
| | : |
|           MOVANT | : |
| | : |
| V. | : |
| | : |
| RICHARD SCOTT MORRIS, | : |
| KRISTI MORRIS | : |
|           RESPONDENT | : RELATED TO DOCKET NO. 19 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT
OF REVENUE'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN DATED
JANUARY 15, 2020

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Debtors' Chapter 13 Plan, on the parties at the below addresses, on March 20, 2020 by:

**20-10277-elf Notice will be electronically mailed to:**

Jonathan Wilkes Chatham at RA-occbankruptcy7@pa.gov

William C. Miller, Esq. at ecfemails@ph13trustee.com  and philaecf@gmail.com

JOSEPH L QUINN on behalf of Debtor Richard Scott Morris at CourtNotices@rqplaw.com

JOSEPH L QUINN on behalf of Joint Debtor Kristi Morris at CourtNotices@rqplaw.com

REBECCA ANN SOLARZ on behalf of Creditor CSMC 2019-JR1 Trust at bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST

COMPANY AS TRUSTEE FOR THE CERTIFICATEHOLDERS Et Al... at
bkgroup@kmllawgroup.com

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

**20-10277-elf Notice will not be electronically mailed to:**
Note:  Paper service will not be effectuated because the Commonwealth has implemented a telework quarantine policy, and traditional mail services are currently unavailable.

BANK OF AMERICA, N.A.
4909 SAVARESE CIRCLE
TAMPA, FL  33634-2413


EXECUTED ON:  March 20, 2020

                                            Respectfully submitted by,


                                            /s/ Jonathan W. Chatham
                                            Deputy Chief Counsel
                                            Office of Chief Counsel
                                            PA Department of Revenue
                                            Office of Chief Counsel
                                            PO Box 281061
                                            Harrisburg, PA 17128-1061
                                            Attorney I.D. 209683
                                            (717) 783-3673
                                            Facsimile (717) 772-1459
                                            jchatham@pa.gov