Certificate Number: 05781-PAE-DE-034381860

Bankruptcy Case Number: 20-10277



05781-PAE-DE-034381860

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 25, 2020, at 10:47 o'clock AM PDT, Kristi Morris completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 25, 2020          By:  /s/Allison M Geving

 

Name:  Allison M Geving

Title:  President