United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-10277-djb
Richard Scott Morris  Chapter 13
Kristi Morris
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: Mar 17, 2025     Form ID: 138OBJ     Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Scott Morris, Kristi Morris, 138 Main Street, Pennsburg, PA 18073-1312 |
| 14462438 | + | CSMC 2019-JR1 Trust, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14452766 | + | Cap1/marcs, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14830760 | + | DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FO, c/o, McCabe, Weisberg & Conway, LLC, 1420 Walnut Street, Suite 1501, Philadelphia, PA 19102-4015 |
| 14454972 | + | DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FO, c/o REBECCA ANN SOLARZ, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14452778 | + | Reading Health System, PO Box 70894, Philadelphia, PA 19176-5894 |
| 14509764 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14452790 | + | Vnb- Loan Services Inc, 1460 Valley Road, Wayne, NJ 07470-8437 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 18 2025 00:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14465656 | | Email/PDF: bncnotices@becket-lee.com | Mar 18 2025 01:04:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14452761 | + | Email/PDF: bncnotices@becket-lee.com | Mar 18 2025 02:18:31 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14452762 | ^ | MEBN | Mar 18 2025 00:33:12 | Arcadia Recovery Bureau, PO Box 6768, Reading, PA 19610-0768 |
| 14452764 | | Email/Text: dltlegal@hab-inc.com | Mar 18 2025 00:42:00 | Berkheimer, 50 North Seventh Street, Bangor, PA 18013 |
| 14452763 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 18 2025 00:41:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14452765 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2025 01:04:17 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14488159 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 18 2025 00:53:00 | CSMC 2019-JR1 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14465152 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 18 2025 01:43:36 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14470335 | | Email/PDF: bncnotices@becket-lee.com | Mar 18 2025 01:04:17 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 20-10277-djb   Doc 68   Filed 03/19/25   Entered 03/20/25 00:35:16   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 17, 2025 | Form ID: 138OBJ | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 14452768 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2025 01:04:04 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14452767 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2025 01:04:15 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14485303 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2025 01:04:17 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14452769 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2025 01:04:32 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14452770 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 18 2025 00:42:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 14483135 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2025 01:03:52 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14482365 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 18 2025 00:41:00 | Deutsche Bank National Trust Company, et al, c/o Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 14452771 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 18 2025 00:42:00 | Elan Financial Service, Cb Disputes, Saint Louis, MO 63166 |
| 14452772 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 18 2025 00:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia,PA 19101-7346 |
| 14483263 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 18 2025 00:42:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14470183 | + | Email/Text: RASEBN@raslg.com | Mar 18 2025 00:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14452773 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 18 2025 01:03:48 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 14452774 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 18 2025 00:41:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14485629 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2025 01:03:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14472989 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 18 2025 01:03:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14452775 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 18 2025 01:04:41 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14477994 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2025 02:07:51 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14452777 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 18 2025 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14484893 | | Email/Text: bnc-quantum@quantum3group.com | Mar 18 2025 00:42:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14452779 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 18 2025 00:53:00 | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 14452780 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2025 01:04:44 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14452781 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2025 01:03:49 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14452782 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2025 01:03:52 | Syncb/dump, Po Box 965036, Orlando, FL 32896-5036 |
| 14452783 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2025 01:03:48 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |

Case 20-10277-djb    Doc 68    Filed 03/19/25    Entered 03/20/25 00:35:16    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 17, 2025 | Form ID: 138OBJ | Total Noticed: 50 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14452784 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2025 01:04:42 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14452785 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2025 01:04:41 | Syncb/sony Financial S, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14452786 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2025 01:04:41 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14483930 | ^ | MEBN | Mar 18 2025 00:33:22 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14487347 | + | Email/Text: bncmail@w-legal.com | Mar 18 2025 00:42:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14452788 | + | Email/Text: bncmail@w-legal.com | Mar 18 2025 00:42:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14452789 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2025 01:04:45 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14456533 | | Email/Text: AKYNAST@VALLEY.COM | Mar 18 2025 00:41:00 | Valley National Bank, PO Box 953, Wayne NJ 07474 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14452787 | | Syncb/walmart |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14467074 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14472160 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14472162 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14452776 | ##+ | Peerless Credit Services, Inc., PO Box 518, Middletown, PA 17057-0518 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 19, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE CERTIFICATEHOLDERS Et Al... bkgroup@kmllawgroup.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 17, 2025 | Form ID: 138OBJ | Total Noticed: 50 |

DENISE ELIZABETH CARLON
    on behalf of Creditor CSMC 2019-JR1 Trust bkgroup@kmllawgroup.com

JONATHAN WILKES CHATHAM
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

JOSEPH L QUINN
    on behalf of Joint Debtor Kristi Morris CourtNotices@rqplaw.com

JOSEPH L QUINN
    on behalf of Debtor Richard Scott Morris CourtNotices@rqplaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MARISA MYERS COHEN
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE SOUNDVIEW HOME LOAN TRUST 2005-DO1  ASSET-BACKED CERTIFICATES, SERIES 2005-DO1 ecfmail@mwc-law.com, mcohen@mwc-law.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*Form 138OBJ* (6/24)−doc 67 − 65

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  Richard Scott Morris<br>  aka Scott Morris<br><br>  Kristi Morris<br>  aka Kristi L. Engle<br>   Debtor(s). | Case No. 20−10277−djb<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 17, 2025

For The Court

Timothy B. McGrath
Clerk of Court