United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Richard Scott Morris  
Kristi Morris  
    Debtors

Case No. 20-10277-djb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jan 12, 2026      Form ID: 138FIN      Total Noticed: 4

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard Scott Morris, 138 Main Street, Pennsburg, PA 18073-1312 |
| jdb | + | Kristi Morris, 138 Main Street, Pennsburg, PA 18073-1312 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jan 13 2026 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2026 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2026 at the address(es) listed below:

**Name**      **Email Address**  
ANDREW M. LUBIN  
     on behalf of Creditor BANK OF AMERICA  N.A. nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

District/off: 0313-2 — User: admin — Page 2 of 2
Date Rcvd: Jan 12, 2026 — Form ID: 138FIN — Total Noticed: 4

DENISE ELIZABETH CARLON
   on behalf of Creditor CSMC 2019-JR1 Trust bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
   on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE CERTIFICATEHOLDERS Et Al... bkgroup@kmllawgroup.com

JONATHAN WILKES CHATHAM
   on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

JOSEPH L QUINN
   on behalf of Debtor Richard Scott Morris CourtNotices@rqplaw.com

JOSEPH L QUINN
   on behalf of Joint Debtor Kristi Morris CourtNotices@rqplaw.com

KENNETH E. WEST
   ecfemails@ph13trustee.com  philaecf@gmail.com

MARISA MYERS COHEN
   on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE SOUNDVIEW HOME LOAN TRUST 2005-DO1  ASSET-BACKED CERTIFICATES, SERIES 2005-DO1 ecfmail@mwc-law.com, mcohen@mwc-law.com

ROBERT BRIAN SHEARER
   on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION rshearer@raslg.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*Form 138FIN* (6/24)−doc 74 − 73

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Richard Scott Morris ) | Case No. 20−10277−djb |
|   aka Scott Morris ) | |
| ) | |
| Kristi Morris ) | Chapter: 13 |
|   aka Kristi L. Engle ) | |
|    Debtor(s). ) | |

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

   To all creditors and parties in interest, NOTICE IS GIVEN THAT:

   The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

   All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

   In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: January 12, 2026

For The Court

Mohung Wong
Clerk of Court