United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 20-10277-djb

Richard Scott Morris                                                                      Chapter 13

Kristi Morris

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 19, 2026 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

**Recip ID**        **Recipient Name and Address**
db/jdb        + Richard Scott Morris, Kristi Morris, 138 Main Street, Pennsburg, PA 18073-1312

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:**

**Name**        **Email Address**

ANDREW M. LUBIN
        on behalf of Creditor BANK OF AMERICA  N.A. nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

DENISE ELIZABETH CARLON
        on behalf of Creditor CSMC 2019-JR1 Trust bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
        on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE CERTIFICATEHOLDERS Et Al... bkgroup@kmllawgroup.com

JONATHAN WILKES CHATHAM
        on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

JOSEPH L QUINN
        on behalf of Joint Debtor Kristi Morris CourtNotices@rqplaw.com

Certificate of Notice    Page 2 of 3

District/off: 0313-2                    User: admin                              Page 2 of 2
Date Rcvd: Feb 19, 2026                 Form ID: 195                          Total Noticed: 1

JOSEPH L QUINN

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

MARISA MYERS COHEN
on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE SOUNDVIEW HOME LOAN TRUST 2005-DO1  ASSET-BACKED CERTIFICATES, SERIES 2005-DO1 ecfmail@mwc-law.com, mcohen@mwc-law.com

ROBERT BRIAN SHEARER
on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION rshearer@raslg.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                          : Chapter 13


Richard Scott Morris and Kristi Morris                          : Case No. 20−10277−djb

      Debtor(s)


### ORDER

_____


    AND NOW, this day , February 18, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


               By The Court

               Derek J Baker
               Judge, United States Bankruptcy Court


Form 195